UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE  DIVISION

**UNITED STATES OF AMERICA**           CR. NO. 12-CR-00146-09
**VS.**                                                    JUDGE FOOTE
**DANIEL P. FRANCIS**                      MAG. JUDGE  HANNA

MINUTES OF COURT:
*Initial Appearance and Arraignment*

| | |
|---|---|
| Date: September 27,  2012 | Presiding:  Mag. Judge Patrick J. Hanna |
| Court Opened: 2:00 p.m. | Minute Clerk:  Paula Jordan |
| Court Adjourned: 4:05 p.m. | |
| Statistical Time: 00:17 | FTR Recording Courtroom 7 |

**APPEARANCES**
1. J. Collin Sims , AUSA                              for     United States
2. Joe Lotwick, CJA                                   for     Daniel Francis
3. Daniel Francis, Defendant
4. Scotty Melancon, U.S. Pretrial Services
5. _____, Interpreter

**PROCEEDINGS:**

Before Court Opened:
__Defendant Failed to Appear, Warrant Ordered
__Interpreter sworn
**X** Defendant Interviewed by Pretrial Services Officer
__Defendant Refused To Be Interviewed
 **X**  Defendant Completed Financial Affidavit for Appointment of Counsel
**X** Defendant provided with Charging Document(s)
**ARRAIGNMENT ON:** __Bill of Information __Complaint  **X**   Superseding Indictment
__Violation of Probation/Supervised Release __Arrest for Failure To Appear
**X** Defendant Sworn
**X** Defendant Advised of Charges, Maximum Penalties & Rights
__Identity Hearing __ Waived __ Held __ Set For _____
__Preliminary Examination __ Waived __ Held __ To be set in The _____
 **X** Arraignment Held
**BAIL DETERMINATION/CUSTODY STATUS**
**X** Pretrial Services Report Provided to Defendant
__Detention hearing:
        _____Requested by government
        _____Requested by court
        _____Continuance requested by government
        _____Continuance requested by defendant
__Detention hearing __ Held__ Waived __ Set for_
__Bail hearing__ Held ____ Waived ____ To be set in the
 **X**  Bond Set:  Appearance & Compliance Bond signed (AO98)
__ **Order of Detention Pending Trial signed (AO472**)
__Order of Temporary Detention Pending Hearing (AO470)
 **X**   Order setting conditions of release signed (Modified AO199)
 **X**   Defendant Ordered Released after Processing by U.S. Marshal
__Defendant In Custody

MINUTES OF COURT
DANIEL P. FRANCIS
12-CR-00146-09
PAGE 2 OF 2

**ARRAIGNMENT**
___ Reading Waived   ___ Indictment Read   **X** Not Guilty Plea Entered
**TRIAL SET** at_____ on_____ before_____
**TELEPHONE SCHEDULING CONFERENCE SET** at **10:00 a.m.** on **October 15, 2012** before **Judge Hanna**

**FILINGS:**
 **X**  Order Appointing Counsel
___ Order Appointing Interpreter
 **X**  Criminal Scheduling Order
 **X**  Standard Pretrial Procedures For Cases Assigned to **Judge Foote**
 **X**  Order setting motion deadlines
 **X**  Appearance and Compliance Bond
 **X**  Order Setting Conditions of Release
___ Waiver of Detention Hearing
___ Order of Temporary Detention Pending Hearing

**COMMENTS:**

The defendant waived the reading of the indictment and entered a plea of not guilty to all counts of the superseding indictment.

IT IS ORDERED defendant is hereby released pending trial.