U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 1 3 2014

TONY R. MOORE, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-cr-00146(09) |
| VERSUS | * | JUDGE FOOTE |
| DANIEL PAUL FRANCIS(09) | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, DANIEL PAUL FRANCIS, and adjudges him guilty of the offense charged in Count Two of the Superseding Indictment against him.

IT IS FURTHER ORDERED that this matter will be set for sentencing, at the court's earliest, available setting.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 12 day of Feb, 2014

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE